Stuart M. Richter (CA 126231)
stuart.richter@kattenlaw.com
Gregory S. Korman (CA 216931)
gregory.korman@kattenlaw.com
Andrew J. Demko (CA 247320)
andrew.demko@kattenlaw.com
Christopher E. Carter (CA 274115)
christopher.carter@kattenlaw.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471

Attorneys for Defendant
XCEED FINANCIAL CREDIT UNION

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CUTHBERT SHILLINGFORD, on behalf of himself and all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XCEED FINANCIAL CREDIT UNION,<br><br>Defendant. | CASE NO. CV12-03135 RGK (JCx)<br><br>ORDER ON STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[F.R.Civ.P 41(a)] |

STIPULATION DISMISSING ACTION WITH PREJUDICE

1  Based on the Stipulated Request for Dismissal With Prejudice filed by the
2  parties hereto, IT IS HEREBY ORDERED AS FOLLOWS:
3  1.   The Complaint, and all claims for relief alleged therein, shall be and
4  hereby are dismissed as to individual Plaintiff Cuthbert Shillingford, in his individual
5  capacity, and not on behalf of any class he is alleged to represent.
6  2.   Each party shall bear its own attorneys' fees and costs.

Dated: July 26, 2012        _____
R. Gary Klausner
United States District Judge

1
STIPULATION DISMISSING ACTION WITH PREJUDICE